# In the United States District Court for the Southern District of Georgia Waycross Division

```
SHELBY PARDEN,

     Plaintiff,

v.                                              CV 521-076

SARPJ, LLC,

     Defendant.
```

### ORDER

Before the Court is the parties' Joint Motion to Compel Arbitration on Individual Basis, Dismiss Collection Action Claims, and Stay Remaining Proceedings. Dkt. No. 12. The motion is **GRANTED**.

On December 6, 2021, Plaintiff Shelby Parden brought this Fair Labor Standards Act ("FLSA") action against her employer, Defendant SARPJ, LLC, alleging claims on behalf of herself and all other similarly situated. Dkt. No. 1. On January 12, 2022, the parties filed the instant joint motion. Dkt. No. 12. Therein, they assert Plaintiff—at the beginning of her employment with Defendant—signed a Dispute Resolution Agreement ("Agreement") that requires her to first mediate and then arbitrate any claims she may have against Defendant. Id. at 2; Dkt. No. 12-1 at 7.

The parties agree that the Agreement covers the claims Plaintiff asserts in this case and requires mediation and arbitration thereof. Dkt. No. 12 at 2. Therefore, the parties jointly move this Court to compel arbitration of Plaintiff's claims. Id.

Finding that the Agreement indeed covers Plaintiff's asserted claims, the parties' joint motion is **GRANTED**. Accordingly, the parties are **ORDERED** to conduct mediation and, if necessary, arbitration. This case is administratively **STAYED** pending the arbitration's completion. The parties are further **ORDERED** to file a status report informing the Court of their progress on or before July 20, 2022.

**SO ORDERED**, this 20th day of January, 2022.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA